**EXHIBIT A**

| Check No. | Check Amount | Clearing Date |
|---|---|---|
| █████4186 | $23,070.46 | 3/5/2013 |