**American Managed Care, LLC**
**Case No.: 8:13-bk-05952-KRM**
**United States Bankruptcy Court**
**Middle District of Florida**
**Tampa Division**

**Colodny, Fass, Talenfeld, Karl - Payment History**
**For the Period From May 3, 2011 through May 3, 2013 (2 Year Period)**

**Source:** Great Plains general ledger
**Petition Date:** May 3, 2013

| Account Name | Date | Payee | Disbursement Amount | Payor |
|---|---|---|---|---|
| Cash - Fifth-Third - Operating | 5/23/2011 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | $ 5,115.00 | AMC |
| Cash - Fifth-Third - Operating | 6/7/2011 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 43,281.44 | AMC |
| Cash - Fifth-Third - Operating | 6/22/2011 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 1,707.30 | AMC |
| Cash - Fifth-Third - Operating | 7/28/2011 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 23,429.64 | AMC |
| Cash - Fifth-Third - Operating | 8/4/2011 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 53,473.57 | AMC |
| Cash - Fifth-Third - Operating | 8/18/2011 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 23,413.64 | AMC |
| Cash - Fifth-Third - Operating | 9/15/2011 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 22,912.86 | AMC |
| Cash - Fifth-Third - Operating | 10/20/2011 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 2,170.00 | AMC |
| Cash - Wells Fargo - Operating | 11/9/2011 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 47,352.66 | AMC |
| Cash - Wells Fargo - Operating | 12/2/2011 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 175.00 | AMC |
| Cash - Wells Fargo - Operating | 12/23/2011 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 23,637.74 | AMC |
| Cash - Wells Fargo - Operating | 1/27/2012 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 10,000.00 | AMC |
| Cash - Wells Fargo - Operating | 2/3/2012 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 53,353.38 | AMC |
| Cash - Wells Fargo - Operating | 3/1/2012 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 33,944.33 | AMC |
| Cash - Wells Fargo - Operating | 4/5/2012 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 22,761.24 | AMC |
| Cash - Wells Fargo - Operating | 4/26/2012 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 36,840.67 | AMC |
| Cash - Wells Fargo - Operating | 5/23/2012 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 32,139.34 | AMC |
| Cash - Wells Fargo - Operating | 6/27/2012 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 44,847.79 | AMC |
| Cash - Wells Fargo - Operating | 7/12/2012 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 22,853.06 | AMC |

*KapilaMukamal*

**American Managed Care, LLC**
**Case No.: 8:13-bk-05952-KRM**
**United States Bankruptcy Court**
**Middle District of Florida**
**Tampa Division**

**Colodny, Fass, Talenfeld, Karl - Payment History**
**For the Period From May 3, 2011 through May 3, 2013 (2 Year Period)**

**Source:** Great Plains general ledger
**Petition Date:** May 3, 2013

| Account Name | Date | Payee | Disbursement Amount | Payor |
|---|---|---|---|---|
| Cash - Wells Fargo - Operating | 8/16/2012 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 22,652.36 | AMC |
| Cash - Wells Fargo - Operating | 10/3/2012 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 22,500.61 | AMC |
| Cash - Wells Fargo - Operating | 10/10/2012 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 22,642.03 | AMC |
| Cash - Wells Fargo - Operating | 11/21/2012 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 23,709.23 | AMC |
| Cash - Wells Fargo - Operating | 12/20/2012 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 24,018.56 | AMC |
| Cash - Wells Fargo - Operating | 1/15/2013 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 23,790.29 | AMC |
| Cash - Wells Fargo - Operating | 1/28/2013 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 23,479.08 | AMC |
| **2 Year Total not including preference** | | | **666,200.82** | |
| Cash - Wells Fargo - Operating | 3/5/2013 | COLODNY, FASS, TALENFELD, KARLINSKY & ABATE, P | 23,070.46 | AMC |
| **90 Day Total** | | | **23,070.46** | |
| **2 Year Total** | | | **$ 689,271.28** | |

*Kapila Mukamal*