UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourt.gov

In re:

AMERICAN MANAGED CARE, LLC,  Case No. 8:13-bk-05952-KRM
                              Chapter 11
     Debtor.
_____/

SONEET R. KAPILA, as the Chapter 11
Trustee for the estate of Universal Health   Adv. Proc. No. 8:15-ap-00135-KRM
Care Group, Inc., which entity serves as
the sole member of AMERICAN MANAGED
CARE, LLC,

     Plaintiff,

v.

COLODNY FASS, P.A. f/k/a Colodny,
Fass, Talenfeld, Karlinsky, Abate & Webb, P.A.

     Defendant.
_____/

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN THAT:**

A preliminary hearing in this case will be held on **May 7, 2015 at 3:00 p.m.** in Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, to consider and act upon the following and transact such other business that may come before the court:

*Defendant's Motion (1) to Dismiss Counts II and III of the Complaint; (2) for Judicial Notice, and (3) to Determine the Adversary Proceeding is Constitutionally Non-Core [ECF No. 11]*

1. The hearing may be continued upon announcement made in open Court without further notice.
2. Appropriate Attire. You are reminded that Local Rule 5072−1(B)(16) requires that all persons appearing in court should dress in business attire consistent with their financial

abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

3. Avoid delays at Courthouse security checkpoints. You are reminded that local rule 5073−1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated: April 16, 2015.

     s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing on April 16, 2015, upon the Registered Users listed on the attached **Exhibit 1**.

                                                               s/ Lawrence E. Pecan
                                                             Lawrence E. Pecan, Esquire

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Michael P. Horan     mhoran@trenam.com, jstraw@trenam.com
- Stephanie C Lieb     slieb@trenam.com, idawkins@trenam.com;jfollman@trenam.com
- Lawrence E Pecan     lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

**EXHIBIT 1**